UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 23 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

RED EAGLE LAW, LC,

Plaintiff - Appellee,

v.

MARCO RUBIO, in his official capacity as U.S. Secretary of State,

Defendant - Appellant.

No. 26-6943

D.C. No.
3:26-cv-04738-JO-VET
Southern District of California,
San Diego

ORDER

Appellee is directed to file a response to the emergency motion for a stay pending appeal (Dkt. No. 8) by 5:00 p.m. Pacific Time on Monday, October 26.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT