UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 30 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

RED EAGLE LAW, LC,

Plaintiff - Appellee,

v.

MARCO RUBIO, in his official capacity as U.S. Secretary of State,

Defendant - Appellant.

No. 26-6943

D.C. No.
3:26-cv-04738-JO-VET
Southern District of California,
San Diego

ORDER

The briefing schedule established on October 20, 2026 in Docket Entry No. 2 remains in effect.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT